# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 29, 2014

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

      Re:  Kevin Dwayne Drawhorn
            v. Texas
            No. 14-7704
            (Your No. WR-81,603-01)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 6, 2014 and placed on the docket December 29, 2014 as No. 14-7704.

Sincerely,

Scott S. Harris, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk